JS-6

```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                  5/19/2016

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY: _____CW_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE G. ALBERTSON, ) | Case No. CV 15-05989-MWF (KES) |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| ROBERT WITHROW, M.D., ) | |
| Executive Director, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition and entire action is dismissed without prejudice.

DATED: May 19, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1